1  Steven A. Sherman, Esq.  Bar No. 113621
   **FERGUSON, PRAET & SHERMAN**                          JS-6
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California  92705-7101
   (714) 953-5300 telephone
4  (714) 953-1143 facsimile
   ssherman@law4cops.com
5
   Attorneys for Defendants
6

7

8                  UNITED STATES DISTRICT COURT

9                 CENTRAL DISTRICT OF CALIFORNIA

10

11  DONNA SPINA and JOE SPINA,          )   NO. 5:14-cv-02586-AB-SPx
                                        )
12         Plaintiff,                   )   **[~~PROPOSED~~] JUDGMENT re**
                                        )   **DEFENDANTS' MOTION**
13         vs.                          )   **FOR SUMMARY**
                                        )   **JUDGMENT**
14  CITY OF MONTCLAIR, MONTCLAIR )
    POLICE DEPARTMENT, MONTCLAIR)
15  CHIEF MICHAEL DEMOET,          )
    LIEUTENANT BRIAN VENTURA,      )
16  SERGEANT CARLOS AND VARIOUS )
    AS OF YET UNKNOWN MONTCLAIR )
17  POLICE OFFICER DOES 1 THROUGH )
    100, AND DOES 101 TO 200, inclusive, )
18                                      )
           Defendants.                  )
19  _____    )

20

21       This action came on for hearing before the Court on November 28,

22  2016, the Honorable Andre Birotte, Jr., District Judge Presiding, on a Motion

23  for Summary Judgment or Summary Adjudication of Issues, filed on behalf of

24  Defendants, and the evidence presented having been fully considered, the

25  issues having been duly heard and a decision having been duly rendered.

26       IT IS ORDERED, ADJUDGED AND DECREED that the Plaintiff take

27  nothing, that the action be dismissed with prejudice on the merits and that

28  ///

1   Defendants recover their costs in an amount to be determined according to

2   statute/code.

3

4

DATED: December 29, 2016

Honorable André Birotte Jr.
United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28